UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08 cv 4260

**JUDGE CONLON**
**MAG .JUDGE NOLAN**

03CR 24860·02

CASE#: 05CR-0241502

JUDGE: Hon. James F. Holderman

ERNEST C. MOORE
     PLAINTIFF

    v

OFFICE OF THE MAYOR OF HARVEY-MAYOR OF HARVEY
HARVEY POLICE DEPT. HEADQUARTERS--SUPERINTENDANT,
DISTRICT OF POLICE OFFICERS THAT ARRESTED ME,
DETECTIVE GBUR, DETECTIVE WILLIAM MARTIN #149,
COOK COUNTY STATE' ATTORNEY'S OFFICE-RICHARD DEVINE,
COOK COUNTY DEPT. OFF CORRECTIONS-COOK COUNTY SHERIFF,
ATTORNEY DENNIS DOHERTY, ILLINOIS DEPT. OF CORRECTIONS-
ROGER WALKER

      DEFENDANT(S)



RECEIVED

JUL 2 8 2008 LCW
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

  X
_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S.CODE (STATE-ILLINOIS,
COUNTY-COOK, MUNICIPAL-HARVEY OF THE DEFENDANTS)

**A. NAME:** ERNEST C. MOORE  (FULL NAME: ERNEST CORTEZ MOORE)

**B. LIST ALL ALIASES:** N/A

**C. PRISONER IDENTIFICATION NUMBER:** R52641

**D. PLACE OF PRESENT CONFINEMENT:** DIXON CORRECTION CENTER

**E. ADDRESS:** 2600 N. BRINTON AVE, DIXON, IL 61021


**II. DEFENDANT(S):**

**A. NAME:** OFFICE OF THE MAYOR OF HARVEY-MAYOR OF HARVEY- ERIC Kellog
**TITLE:** MAYOR
**PLACE OF EMPLOYMENT:** OFFICE OF THE MAYOR OF HARVEY (under Federal investigation) Foul Play

**B. DEFENDANT:** HARVEY POLICE DEPT. HEADQUARTERS-SUPERINTENDANT (under Federal investigation) Foul Play
**TITLE:** SUPERINTENDANT FOR THE HARVEY POLICE DEPARTMENT
**PLACE OF EMPLOYMENT:** HARVEY POLICE DEPT., 15301 DIXIE HIGHWAY, HARVEY, IL 6042-000

**C. DEFENDANT:** POLICE DISTRICT OF DETECTIVE GBUR AND DETECTIVE WILLIAM MARTIN#149
**TITLE:** IMMEDIATE SUPERVISOR OF POLICE OFFICERS
**PALCE OF EMPLOYMENT:** HARVEY POLICE DEPT., 15301 DIXIE HIGHWAY, HARVEY, IL 6042-000

**D. DEFENDANT:** DETECTIVE GBUR
**TITLE:** DETECTIVE OF THE HARVEY POLICE DEPT.
**PLACE OF EMPLOYMENT:** HARNEY POLICE DEPT., 15301 DIXIE HIGHWAY. HARVEY, IL 6042-000

**E. DEFENDANT:** DETECTIVE WILLIAM MARTIN#149
**TITLE:** DETECTIVE OF THE HARVEY POLICE DEPT.
**PLACE OF EMPLOYMENT:** HARVEY POLICE DEPT., 15301 DIXIE HIGHWAY, HARVEY, IL 6042-000

**F. DEFENDANT:** ATTORNEY DENNIS DOHERTY
**TITLE:** ATTORNEY AT LAW
**PLACE OF EMPLOYMENT:** 222 N. LA SALLE ST, SUITE 200, CHICAGO, IL 60601, (312)580-0935

**G. DEFENDANT:** COOK COUNTY STATE'S ATTORNET'S OFFICE-RICHARD DEVINE
**TITLE:** STATE'S ATTORNEY FOR COOK COUNTY
**PLACE OF EMPLOYMENT:** 2650 S. CALIFORNIA AVE, CHICAGO, IL 60608

**H. DEFENDANT:** COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF
**TITLE:** COOK COUNTY SHERIFF
**PLACE OF EMPLOYMENT:** 2650 S. CALIFORNIA AVE, CHICAGO, IL 60608

**I. DEFENDANT:** ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER
**TITLE:** EXECUTIVE DIRECTOR OF IDOC
**PLACE OF EMPLOYMENT:** 2600 N. BRINTON AVE, DIXON, IL 61021

**III. LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES:**

**A. THROUGH I.** NOT APPLICABLE. I HAVE NOT FILED A LAWSUIT OF THIS KIND BEFORE.

**IV. STATEMENT OF CLAIM: OFFICE OF THE MAYOR OF HARVEY:** FOR EMPLOYING THE POLICE DETECTIVES DETECTIVE GBUR AND DETECTIVE WILLAM MARTIN#149, THAT ARRESTED ME, BEING RESPONSIBLE FOR THERE UN PROFESSIONAL PERORMANCE OR LACK THERE OF.

**HARVEY POLICE DEPT. HEADQUARTERS:** FOR BEING THE GENERAL SUPERVISOR OF DETECTIVES GBUR AND WILLIAM MARTIN#149.

**POLICE DISTRCIT OF DETECTIVES GBUR AND WILLIAM MARTIN#149:** FOR BEING THE IMMEDIATE SUPERVISORS OF DETECTIVES GBUR AND WILLIAM MARTIN#149.

**ATTORNEY DENNIS DOHERTY:** BEING RESPONSIBLE FOR HIS PROFESSIONAL AND PERSONAL ACTIONS. INEFFECTIVE ASSISTANCE OF COUNSEL: AS A LICENSED ATTORNEY HE WAS SUPPOSE TO DO ALL THAT HE COULD WITH HIS KNOWLEDGE AND SKILL TO DEFEND ME FOR MY FREEDOM, I PAID HIM ALMOST $25,000.00 FOR NOTHING BUT 30 YEARS IN PRISON, FOR A CRIME I HAD NO KNOWLEDGE OF AND I DID NOT COMMIT. I CONSTANTLY ASKED HIM FOR INFORMATION ABOUT MY CASE, I.E. ASKED FOR A RECEIPT OF A SURVELLIANCE TAPE, CLAIMING TO BE ALTERED INVOVLING ME BEING IN THE TAPE; HE DID NOT GIVE ME A RECEIPT UP-TO-DATE. IN 2½ YEARS AS MY ATTORNEY HE ONLY CAME TO VISIT AND MEET WITH ME 6 OR AT THE MOST 7 TIMES. ASKED HIM TO FILE A MOTION TO LIMIT PROSECUTION TO THE CHARGE THAT I WAS FACING AND HE DIDN'T DO IT AND DIDN'T EXPLAIN TO ME WHY HE DID NOT FILE IT. ASKED HIM TO HAVE MY BLOOD TEST DONE TO VERIFY MY BLOOD ALCOHOL LEVEL, AT THE TIME OF THIS CRIME AND HE DID NOT. EVERYTHING I ASKED HIM TO DO, I BELIEVED WAS GOIGN TO ASSIST IN MY DEFENSE AND HE DIDN'T DO IT, AS IF I WAS PAYING HIM TO HELP THE STATE'S ATTORNEY CONVICT ME. I PROBABLY WOULD HAVE BEEN BETTER OFF WITH A PUBLIC DEFENDER, THEY HAVEBEEN CHEAPER FOR ONE. HE DID NOT CHALLENGE THE "EVIDENCE" AGAINST ME. ASKED HIM TO CHALLENGE THE LINE-UP I WAS FORCED INTO, DUE TO ME BELIVING IT WAS DISCRIMINATORY, HE, ONCE AGAIN DID NOT. HE DID NOT CHALLENGE MY ALLEGGED CONFESSION, DUE TO ME BEING INTOXICATED AT THE TIME OF THE ALLEGDED CONFESSION. HAD THE BLOOD TEST BEEN DONE (DO KNOW IF ONE WAS DONE OR NOT) THAT WOULD HAVE PROVEN I WAS NOT IN CONTROL OF MYMIND AT THE TIME OF THIS ALLEDGED CONFESSION. HE DID NOT CHALLENGE MY DUE PROCESS BEING VIOLATED. **I'M CURRENTLY FILING A FORMAL COMPLAINT WITH THE ATTORNEY DISCIPLINARY COMMISSION OF THE ILLINOIS SUPREME COURT.** DECEPTIVE PRACTICE: DUE TO WHAT HAS BEEN PREVIOUSLY STATED, I BELIVE I WAS DECEIVED BY THIS "LAWYER". I SHOULD NOT HAVE BEEN ARRESTED, CHARGED, CONVICTED OR IMPRISONED FOR THIS CRIME AND THIS "LAWYER" IN MY OPINION DID NOT DO ALL THAT HE COULD TO ACQIUT ME, IT'S SEEMS HE DID ALL THAT HE COULD TO ASSIST IN CONVICTING ME, WHILE GETTING PAID ALMOST $25,000.00. PAIN AND SUFFERING: DUE TO THIS EXPERIENCE, I FEEL LIKE MY LIFE IS OVER AND RUINED, FOREVER. WHATEVER IS LEFT OF MY LIFE AFTER THIS, I WILL HAVE TO SALVAGE WHATEVER I CAN AND START ALL OVER WITH NOTHING. THIS SHOULD NOT HAVE HAPPENED TO ME AND HE SHOULD NOT CONTRIBUTED TO MY CONVICTION AND IMPRISONMENT.

**DETECTIVE GBUR:** HE GRABBED ME FORCEFULLY AND AGRRESSIVELY 'WHILE I WAS INTOXICATED' BY MY SHOULDER, POINTED HIS FINGER IN MY FACE AND SAID: "A PERSON IS DEAD!, THAT'S ALL I CARE ABOUT!" THREATENED TO PHYSICALLY ASSAULT ME, IF I DID NOT DO WHAT HE SAID. HE ~~coerced~~ WITNESSES AGAINST ME.

**DETECTIVE WILLIAM MARTIN#149:** WRONGFUL ARREST AND DID NOT PREVENT DETECTIVE GBUR FROM ASSAULTING, THREATENING AND FORCING ME TO CONFESS, WHILE I WAS INTOXICATED.

**COOK COUNTY STATE'S ATTORNY-RICHARD DEVINE:** KNOWINGLY, INTENTIONALLY AND WILLFULLY PROSECUTING AND COONTRIBUTING TO THE CONVICTION OF AN INNOCENT AMERICAN CITIZEN. MALICIOUS PROSECUTION. BEING RESPONSIBLE FOR HIS PROFESSIONAL AND PERSONAL ACTIONS.

**COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF:** WRONFUL IMPRISONMENT

**ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER:** WRONGFUL IMPRISONMENT

RELIEF:

MAYOR'S OFFICE OF HARVEY: $10,000,000.00

HARVEY POLICE DEPT. HEAD-QUARTERS: $10,000,000.00

POLICE DISTRICT OF DETECTIVES GBUR AND WILLIAM MARTIN#149: $10,000,000.00

DETECTIVES GBUR AND WILLIAM MARTIN#149: $5,000,000.00 EACH ($10,000,000.00)

ATTORNEY DENNIS DOHERTY: $25,000,000.00

OFFICE OF COOK COUNTY STATE'S ATTORNEY-RICHARD DEVINE: $10,000,000.00

COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF: $5,000,000.00

ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER: $5,000,000.00

TOTAL AMOUT OF SUIT: $85,000,000.00

VI. THE PLAINTIFF DEMANDS THAT THE CASE BE TRIED BY A JURY. __X__ YES


CERTIFICATION

BY SIGNING THE COMPLAINT, I CERTIFY THAT THE FACTS STATED IN THIS ~~COMPLAINT~~ Complaint ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THIS COURT.

SIGNED THIS ___30th___ DAY OF ___June___, 2008

_____
SIGNATURE OF PLAINTIFF

ERNEST C. MOORE
PRINT NAME

R52641
ID NUMBER

DIXON CORRECTION CENTER
2600 N. BRINTON AVE
DIXON, IL 6102
ADDRESS