# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

08CV4260
JUDGE CONLON
MAG. JUDGE NOLAN

## Civil Cover Sheet

**Plaintiff(s):** ERNEST C. MOORE

**Defendant(s):** OFFICE OF THE MAYOR OF HARVEY, et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**

Ernest C. Moore
R-52641
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes  [ ] No

**Signature:**

**Date:** 7/28/08