UNITED STATES DISTRICT COURT FOR THE
_____ ILLINOIS

**FILED** LCW

03CR24860-02

JUL 28 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In forma pauperis application and financial affidavit

ERNEST C. MOORE
    PLAINTIFF

v

CASE#: 05CR-0241502

JUDGE: Hon. James F. Holderi

OFFICE OF THE MAYOR OF HARVEY-ERIC KELLOG,
HARVEY POLICE DEPT. HEAD-QUARTER, DISTRICT OF POLICE
DEPT. OF DETECTIVE GBUR#    , DETECTIVE WILLIAM MARTIN#149,
COO COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF,
ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER, ATTORNEY DENNIS DOHERTY,
DETECTIVE GBUR#    , DETECTIVE WILLIAM MARTIN#149,
    DEFENDANT(S)

08CV4260
JUDGE CONLON
MAG. JUDGE NOLAN

I, ERNEST C. MOORE, declare that I am the plaintiff in the above entitled case. This constitutes my application, in support of my motion for appointment of counsel. I a_____ that I am unable to pay the costs of these proceeding, and that I am entitled to the relief sought in the complaint/petition. In support of this petition, I answer the following questions <u>under penalty of perjury</u>.

1.) Are you currently incarcerated? __X__ YES
I.D.# R52641    Name of prison: <u>Dixon Correctional Center</u>
Do you recieve any payment from the institution? ____ YES    monthly amount: $28.50

2.) Are you currently employed? __X__ YES
Monthly salary or wages: $28.50 (Same as payment from the institution for working.)

b. Are you married? __X__ NO

3.) Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address recieved more than $200 from any of the following sources?  a. Salary or wages: __X__ NO ; b. Busines, profession or self-employment: __X__ NO, c. Rent payments, interest or dividens: __X__ NO; d. Pensions, social security, annuities; life insurance; disability, workers' compensation; unemployment, welfare; alimony or maintenance or child support: __X__ NO; e. Gifts or inheritances __X__ NO; f. Any other sources __X__ NO.

4.) Do you or anyone else living at the same address have more than $200 in cast or checking or saving account? __X__ NO.

5.) Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? __X__ NO.

6.) Do you or anyone else living at the same address own any real estate(houses, apartments, condominiums, copperatives, two-flats, three-flats, etc.)? __X__ NO.

7.) Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? __X__ NO.

8.) List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check no dependents. _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegations of poverty is untrue.

Date: June 30th, 2008

SIGNATURE OF APPILCANT

ERNEST C. MOORE
PRINT NAME

---

**NOTICE TO PRISONERS:** <u>A prisioner must also attach a statement certified by the appropriate institutiona; officer showing all receipts, expenditures and balances during the last six months in the prisoner's prison trust fund account.</u> Because the law requires information as such accounts covering a full six months before you have filed you lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six month period--and you must also have the Certificate below completed by a an authorized officer at each institution.

*Attached trust fund balance from <u>Dixon Corectional Center</u>.

| | | |
|---|---|---|
| Date: 8/1/2007 | **Dixon Correctional Center** | Page 1 |
| Time: 8:15am | **Trust Fund** | |
| d_list_Inmate_trans_statement_composite | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 02/01/2007 thru End;  Inmate: R52641;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R52641 Moore, Ernest**  **Housing Unit: DIX-NE-28-39**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 06/08/07 | Mail Room | 04 Intake and Transfers In | 159250 | 93716 | Hill C.C. | 1.01 | 1.01 |
| 06/12/07 | Mail Room | 10 Western Union - Not Held | 163200 | 8358501599 | MOORE, CATHY | 90.00 | 91.01 |
| 06/14/07 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2007 | .34 | 91.35 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166315 | Chk #74577 | 817038819, DOC: 523 Fund Inmat, Inv. Date: 06/14/2007 | -1.14 | 90.21 |
| 06/21/07 | Point of Sale | 60 Commissary | 172724 | 538563 | Commissary | -88.60 | 1.61 |
| 06/27/07 | Mail Room | 04 Intake and Transfers In | 178215 | 93890 | Hill C.C. | 12.90 | 14.51 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194115 | | P/R month of 06/2007 | 10.00 | 24.51 |
| 07/17/07 | Mail Room | 10 Western Union - Not Held | 198200 | 0062713150 | MOORE, CATHY | 90.00 | 114.51 |
| 07/17/07 | Disbursements | 80 Postage | 198315 | Chk #75039 | 807039191, DOC: 523 Fund Inmat, Inv. Date: 06/18/2007 | -1.31 | 113.20 |
| 07/17/07 | Disbursements | 80 Postage | 198315 | Chk #75039 | 807040954, DOC: 523 Fund Inmat, Inv. Date: 07/02/2007 | -.41 | 112.79 |
| 07/18/07 | Point of Sale | 60 Commissary | 199724 | 540109 | Commissary | -98.65 | 14.14 |

| | |
|---|---|
| Total Inmate Funds: | 14.14 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.20 |
| Funds Available: | 11.94 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/18/2007 | 808001605 | Disb | Postage 7/18/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 07/20/2007 | 808001978 | Disb | Postage 7/20/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/20/2007 | 808001980 | Disb | Postage 7/20/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/23/2007 | 808002232 | Disb | Postage 7/23/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | Total Restrictions: | $2.20 |

Exhibit -A-

(All I was able to recieve)
From Trust-Fund Thus Far