UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERNEST C. MOORE
PLIANTIFF

08CV4260
JUDGE CONLON
MAG. JUDGE NOLAN

03-CR-24860-02
CASE#: 05-CR-0241502
JUDGE: Hon. James F. Holderman

v

OFFICE OF THE MAYOR OF HARVEY-MAYOR OF HARVEY,
HARVEY POLICE DEPT. HEAD-QUARTERS-SUPERINTENDANT,
POLICE DISTRICT OF DETECTIVES GBUR AND WILLIAM MARTIN#149,
COOK COUNTY STATE'S ATTORNEY-RICHARD DEVINE,
COOK COUNTY SHERIFF OF THE COOK COUNTY DEPT. OF CORRECTIONS,
ATTORNEY DENNIS DOHERTY, ILLINOIS DEPT. OF CORRECTIONS-
ROGER WALKER
DEFENDANT(S)

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1.) I, ERNEST C. MOORE, declare that I am the pliantiff, in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request of the Court to appoint counsel to represent me in this proceeding.

2.) In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I didn't have money to afford an attorney and didn't think an attorney would take my case for free. Also, since I was basically decieved out of $25,000.00 dollars, didn't want to go through that again.

3.) In further support of my motion, I declare that:
I am not currently, nor previously have been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

4.) In further support of my motion, I declare that:
I have attached an original application to Proceed In Forma Pauperis in the proceeding detailing my finacial status.

5.) I declare under penalty that the foregoing is true and correct.

MOVANT'S SIGNATURE

DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE
DIXON, IL 61021

DATE: June 30, 08